REUBEN POWELL *v.* WESLEY SEBREE, ET AL.

**Description of Land in Judicial Sale.**

> Where land is not particularly described in a judgment ordering its
> sale, it will be ground for reversal when presented on appeal, but
> will not be considered as a ground for reversal when the appeal is
> from an order confirming a report of sale.

APPEAL FROM SCOTT CIRCUIT COURT.

January 30, 1879.

OPINION BY JUDGE COFER:

The objection that land adjudged to be sold is not particularly
described in the judgment will, when presented on appeal from the
judgment directing the sale, be ground for reversal; but when the
appeal, as in this case, is from the order confirming a report of
sale, a totally different question arises. The judgment still remains
in force, and the question on exceptions to the report of sale for de-
fects in the judgment is not whether the judgment is erroneous, but
whether it is void; and if it be not void then it is conclusive when
thus collaterally attacked.

The judgment describes the land as the same described in the
petition. That description would be sufficient in a deed to pass the
title, and though not such as ought to have been given, is sufficient
to uphold the sale.

That the land may have been sold for an inadequate price is not
alone sufficient to authorize the setting aside of the sale.

Judgment *affirmed.*

*A. Duvall, for appellant.   George E. Prewitt, for appellees.*